**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No.10851)
michael.ayers@qpwblaw.com
Clark V. Vellis, Esq. (NV Bar 5533)
clark.vellis@qpwblaw.com
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendant NAVIENT SOLUTIONS, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA GATES,<br><br>                    Plaintiff,<br><br>     v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>                    Defendant. | Case No. 2:21-CV-01025-JAD-DJA<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR NAVIENT SOLUTIONS, INC., TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff AMANDA GATES ("Plaintiff") and Defendant NAVIENT SOLUTIONS, LLC f/k/a NAVIENT SOLUTIONS, INC. ("NSL"), by and through their respective counsel, stipulate and agree to extend the deadline for Defendant NSL to file an answer or otherwise respond to Plaintiff's Complaint (ECF No. 1.) to and including September 17, 2021.

On May 28, 2021, Plaintiff filed her Complaint and NSL accepted service of the Complaint on June 9, 2021. The parties have been exchanging information, and based on the most current information provided by NSL, Plaintiff requires time to complete additional research concerning the merits of her claim as Plaintiff will either amend the Complaint or the parties will resolve the action. Plaintiff has no opposition to NSL's request for an extension until September 17, 2021 to file an answer or otherwise respond to Plaintiff's Complaint.

This is the third stipulation for extension of time for NSL to respond to Plaintiff's Complaint (see second request ECF No. 8) and is being made in good faith and not for purposes of undue delay. No additional requests for extensions are contemplated.

DATED this 31st day of August, 2021.

          **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

          By:   */s/ Michael Ayers*
                 Michael Ayers, Esq. (NV Bar No.10851)
                 michael.ayers@qpwblaw.com
                 Clark V. Vellis, Esq. (NV Bar No. 5533)
                 clark.vellis@qpwblaw.com
                 200 S. Virginia Street, 8th Floor
                 Reno, Nevada 89501
                 *Attorneys for Defendant*
                 *NAVIENT SOLUTIONS, LLC*

DATED this 31st day of August, 2021.

          **FREEDOM LAW FIRM**

          By:   */s/ Gerardo Avalos*
                 Gerardo Avalos, Esq.
                 8985 S. Eastern Ave., Ste. 350
                 Las Vegas, Nevada 89123
                 *Attorneys for Plaintiff*
                 *AMANDA GATES*

**IT IS SO ORDERED.**

DATED this 2nd day of September 2021.

_____
Daniel J. Albregts
United States Magistrate Judge